UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: _____ |
| $23,940.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | |
| [CLAIMANT: KIERRON STANLEY] | : | August 25, 2014 |

VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Deirdre M. Daly, United States Attorney for the District of Connecticut, John B. Hughes, Chief of the Civil Division, and Vanessa Avery, Assistant United States Attorney, and respectfully states that:

1. This is a civil action in rem brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of property which constitutes or is derived from proceeds traceable to any listed violation of law or any offense constituting "specified unlawful activity," or a conspiracy to commit such offense, and 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is $23,940.00 in United States Currency ("Defendant Currency").

4. The Defendant Currency is located within the jurisdiction of this Court.

5. Kierron Stanley ("Claimant") has submitted an administrative claim of ownership to the Defendant Currency.

### Background of Investigation

6. On December 9, 2013, the Connecticut State Police ("CSP") stopped a blue Honda Accord on Frontage Road, New Haven, Connecticut, due to the vehicle having an expired registration. The Claimant was operating the vehicle at the time of the traffic stop.

7. The Claimant indicated that he was not the owner of the vehicle, stating that it belonged to his brother's mother-in-law.

8. The Claimant, in response to further CSP questioning, indicated that he had approximately $23,000.00 located in a bag on the passenger side seat of the vehicle. The Claimant stated that he was part owner of a predominately cash business known as "Best Offer," and that the cash represented proceeds from same. The Claimant maintained that he was planning a trip to New York to purchase inventory for his business.

9. Claimant stated that the source of the funds was an individual named Shawn Wright, a co-owner of his business and the person responsible for the financial end of its operation. A search of the Connecticut Secretary of State website revealed that Mr. Wright is listed as CEO/Owner of an entity known as Best Offer, LLC. The website does not list Claimant as related to the business in any capacity.

10. The Claimant then consented to a search of his vehicle. Upon search of the Honda Accord, CSP retrieved the following:

   a) Stacks of U.S. currency, subsequently inventoried and totaling $23,940.00, found in a plastic shopping bag on the passenger side seat;

   b) One box of "Tilla Food Saver" heat sealed rolls;

   c) A heat-sealed bag containing approximately 4.5 grams of marijuana; and

d) Six (6) prepaid cellular telephones.

11. A search of law enforcement databases by CSP revealed that the Claimant is a convicted felon, having been arrested at least nine (9) times prior to this traffic stop during the period of 1993-2004.

12. Homeland Security Investigations took custody of the seized currency from the CSP for initiation of forfeiture proceedings.

## Claims for Relief

13. Based upon the above information, it is believed that the Defendant Currency constitutes property or is derived from proceeds traceable to a violation constituting "specified unlawful activity" and is therefore subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

14. The Defendant Currency represents proceeds or property derived from engaging in "the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical," and is therefore subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

15. Based upon the above information, it is believed that the Defendant Currency constitutes proceeds from the illegal sale and distribution of narcotics and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

16. The Defendant Currency represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a Warrant of Arrest In Rem be issued for the $23,940.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant Currency to be condemned and forfeited to the United States of America for disposition according to the law; and that the United States of America be granted such other and further relief as the Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

DIERDRE M. DALY
UNITED STATES ATTORNEY


/s/ John B. Hughes
JOHN B. HUGHES (ct 05289)
ASSISTANT UNITED STATES ATTORNEY
CHIEF OF THE CIVIL DIVISION


/s/ Vanessa Roberts Avery
VANESSA ROBERTS AVERY (ct 21000)
ASSSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
T: (203) 821-3700
F: (203) 773-5373
vanessa.avery@usdoj.gov

## DECLARATION

I am a Special Agent for Homeland Security Investigations, and the agent assigned the responsibility for this case.

I have reviewed the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2014.

          /s/ Brendan Lundt
BRENDAN LUNDT
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS