UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:14-cv-01226(VLB) |
| $23,940.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: KIERRON STANLEY] | : |

## WARRANT OF ARREST IN REM

To the United States Customs and Border Protection Fines, Penalties and Forfeitures Officer or Duly Authorized Representative:

WHEREAS a complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

NOW, THEREFORE, we do hereby command that you seize the said property, which is described as Twenty-Three Thousand Nine-Hundred Forty ($23,940.00) Dollars in United States currency and detain the same in your custody until further order of this Court respecting the same.

All persons claiming an interest in said property must file their statements of interest in or right against the subject property pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty (30) days after the execution of the Warrant, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after

Copy
ST:
BERTA D. TABORA
Clerk U.S. District Court

Deputy Clerk

the filing of the claim with the Office of the Clerk, United States District Court, 450 Main Street, Hartford, CT, 06103, with a copy thereof sent to Assistant United States Attorney John B. Hughes, 157 Church Street, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 26 day of August, 2014.

ROBIN TABORA, CLERK

By: _____
Deputy Clerk