UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| U.S.A | : | D.N.: 3:14cv1226(VLB) |
| | : | |
| V. | : | |
| | : | |
| $23,940.00 U.S. CURRENCY | : | SEPTEMBER 9, 2014 |

ANSWER OF KIERRON STANLEY TO
GOVERNMENTS VERIFIED COMPLAINT OF FORFEITURE

1. The claimant admits this is a civil forfeiture complaint brought by the government.

2. The claimant neither admits nor denies this allegation and leaves plaintiff to its proof.

3. The claimant admits this fact.

4 The claimant does not know where the money is.

5. Paragraph five is admitted.

6. Paragraph six is admitted.

7. Paragraph seven is admitted.

8. Paragraph eight is admitted insofar as it states in part his answers to trooper's questions.

9. Paragraph nine is admitted insofar as it states in part his answers to troopers questions.

10. Denied as to "consent" to search, admitted as to what is listed in (a)-(d) as to Items retrieved.

11. Claimant admits a prior record of arrests does not know dates and times and leaves plaintiff to its proof.

12. Claimant does not know where the money went after the money was seized.

## CLAIMS FOR RELIEF

13-14. Paragraphs 13-16 are denied by claimant.

THE CLAIMANT
KIERRON STANLEY

BY _____
Leo E. Ahern, Esq.
50 Elm Street
New Haven, CT. 06510
leo.ahern.esq@gmail.com
203-499-7685; Fx 203-752-1213
Fed # ct00235

## CERTIFICATION

This certifies that the foregoing was filed via the Court's cm/ecf system and a copy thereby delivered to all counsel of record on the date first appearing above.

_____
Leo E. Ahern