DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | D.N.: 3:14-CV-01226 |
| | : | |
| V. | : | |
| | : | |
| $23,940.00 U.S. CURRENCY | : | SEPTEMBER 23, 2014 |

## CLAIMANT'S VERIFIED CLAIM

The undersigned, counsel for the claimant herein, hereby files with the Court the verified claim of Kierron Stanley in compliance with Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture within thirty five days of the government's Notice of Complaint for Forfeiture delivered to this office on August 27, 2014.

The verified claim of Mr. Stanley is attached hereto.

THE CLAIMANT
KIERRON STANLEY

By_____
LEO E. AHERN, ESQ.
50 ELM STREET
NEW HAVEN, CT. 06510
203-499-7685:fx203-752-1213
leo.ahern.esq@gmail.com
Fed'l bar: ct00235

## CERTIFICATION

The foregoing was filed via the Court's cm/ecf filing system and a copy thereby delivered to all counsel of record on the date first appearing above.

_____
Leo E. Ahern

## AFFIDAVIT

I, Kierron Stanley, am over the age of eighteen years and knowing the meaning of an oath I hereby depose and say:

1. I am the rightful owner of $23,940.00 of U.S. currency seized by the Connecticut State Police during a traffic stop on December 18, 2013.

2. The money was not the proceeds of criminal activity nor was it intended to be used to further any criminal scheme.

3. I through my attorney supplied the Customs and Border Protection Fines, Penalties and Forfeiture Office (FPFO) the sources of the funds with documentary evidence as part of a petition for return of the seized money.

4. The petition was denied by the Department of Homeland Security after being turned over for their review in May of this year.

5. On May 27, 2014, I requested the matter be referred to the United States Attorney's office in Connecticut so that my claim might be heard by the Court.

6. After the institution of the proceedings my attorney filed an answer and Affidavit on my behalf claiming rightful ownership with the Court.

7. I file this Affidavit, as I did previously, to ensure that the Court knows that I am the rightful owner of the currency that is the subject of this in rem civil action.

_____
Stanley Kierron

Signed and sworn to me this 23rd day of September, 2014 in the City and County of New Haven, State of Connectcut by Kierron Stanley who personally appeared before me and gave oath to the truth of the above Affidavit

_____
Jeannine M. Ferraiolo
My Commission Expires October 31, 2016