UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED. STATES OF AMERICA,

        Plaintiff,

v.                                                                                   Civil No.: 3:14-cv-01226[VLB]

$23,940.00 IN UNITED STATES CURRENCY,:

        Defendant.

[CLAIMANT: KIERRON STANLEY]

## DECREE OF FORFEITURE

WHEREAS, on August 25, 2014, a Verified Complaint of Forfeiture against the Defendant $23,940.00 in United States Currency ("Defendant Currency") was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant Currency: (1) constitutes property or is derived from proceeds traceable to a violation constituting "specified unlawful activity," and represents proceeds or property derived from engaging in the "felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical," and is therefore subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C); (2) constitutes money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance, (3) proceeds traceable to such an exchange, or (4) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 $mu.g.$ and 21 U.S.C. 881(a)(6). It appearing that process was fully issued in this action and returned according to law;

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty or Maritime and Asset Forfeiture Claims, notice of the forfeiture action againt the Defendant Curre.ncy, was posted for 3 consecutive days frm August 28, 2014 to September 26, 2014, on the official internet government forfeiture site, www.forfeiture.gov.

WHEREAS, on February 3, 2016, the parties filed a Stipulation for Compromise Settlement. As part of the settlement, Claimant Kierron Stanley ("Claimant") agreed to the forfeiture of $12,000.00 of the Defendant Currency to the United States, and the United States agreed to return $11,940.00 of the Defendant Currency to the Claimant through his attorney, Leo E. Ahern, as trustee.

WHEREAS, on April 6th, 2016, the Court approved the Stipulation.

NOW THEREFORE, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all other persons having any right, title or interest in Defendants in this action be and is hereby entered herein; and

ORDERED, ADJUDGED AND DECREED that $12,000.00 of the Defendant Currency be forfeited to the United States of America and disposed of according to law, and that $11,940.00 of the Defendant Currency be returned to the Claimant Kierron Stanley, through his attorney, Leo E. Ahern, as trustee.

Dated at Hartford, Connecticut, this 6th day of April, 2016.

/s/ VLB
───────────────────────

HONORABLE VANESSA L. BRYANT

UNITED STATES DISTRICT JUDGE